U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 21, 2022

**Application GRANTED.**
**SO ORDERED.**
**Dated: 9/21/2022**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

By ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Saleh v. Jaddou, et al.*, No. 21 Civ. 10240 (PKC)

Dear Judge Castel:

This Office represents the government in the above-referenced action. The government will file the certified administrative record on September 23, 2022. [I write respectfully, pursuant to Rule 5.B of Your Honor's Individual Practices, to seek permission to file one document in the certified administrative record under seal. The document contains sensitive law enforcement information regarding petitioner and, consistent with Your Honor's Individual Practices, that document will be filed under seal on ECF and electronically related to this letter motion.] Petitioner does not object to the government's sealing request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov

cc: Counsel of record (by ECF)