UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMMAR ABDO SAEED SALEH,

                      Petitioner,                    21 **CIVIL** 10240 (PKC)

      -against-                          **JUDGMENT**

UR MENDOZA JADDOU, Director of
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES; ALEJANDRO MAYORKAS,
Secretary of the U.S. DEPARTMENT OF
HOMELAND SECURITY, SUSAN
QUINTANA, Field Office Director
U.S. IMMIGRATION SERVICES,1

                      Respondednts.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2023, Saleh is ineligible for naturalization under his 2016 N-400 application because by statute he has not proven his good moral character. Saleh's motion for summary judgment is DENIED, and respondents' cross-motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
         September 1, 2023

                                        **RUBY J. KRAJICK**
                                        Clerk of Court

                    **BY:**
                                            **Deputy Clerk**